plaintiff, and by all persons holding mortgages on said premises. It also awards to the plaintiff the sum of $2,249.04 for past damages, together with $283.29, for costs and disbursements. We find no error in the rulings of the court below that call for a reversal of the judgment, and the evidence sustains the findings of the court below, and justifies the judgment rendered. For these reasons the judgment appealed from is affirmed, with costs.

---

JOHNSTON, Respondent, *v.* NEW YORK EL. R. Co. *et al.*, Appellants.

(*Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from special term.

Action by Benjamin B. Johnston against the New York Elevated Railroad Company, the Manhattan Railway Company, and the Metropolitan Elevated Railroad Company, to restrain defendants from maintaining their railroad in front of plaintiff's premises. For former reports, see 11 N. Y. Supp. 68; 16 N. Y. Supp. 434.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies, Short & Townsend,* (*Julien T. Davies* and *Joseph E. Lord,* of counsel,) for appellants. *Peckham & Tyler,* (*E. W. Tyler,* of counsel,) for respondent.

GILDERSLEEVE, J. The judgment restrains the defendants from maintaining their elevated railroad in front of the plaintiff's premises, known as "Nos. 231, 233, and 235 Pearl street," in the city of New York, unless the defendants, within a time specified, pay to the plaintiff $8,000 for a release of the easements; and it awards to the plaintiff $7,500 damages, besides $1,001.61 costs. The evidence satisfactorily sustains the findings of the court below, and justifies the judgment rendered. No errors were committed during the trial which require a reversal, and the judgment appealed from must be affirmed, with costs.

---

LANGDON *v.* NEW YORK BOOK CO.

(*Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from special term.

Action by George Langdon against the New York Book Company. From an order denying motion to vacate order granting John B. Alden leave to sue receiver this appeal is taken. For former report, see 14 N. Y. Supp. 308.

Argued before FREEDMAN and GILDERSLEEVE, JJ.

*Dill, Chandler & Seymour,* for plaintiff. *Straley, Hasbrouck & Schloeder,* for defendant.

PER CURIAM. The order appealed from should be affirmed, with $10 costs and disbursements, to be paid by the receiver.

---

LEINKAUF *et al.,* Respondents, *v.* LOMBARD *et al.,* Appellants.

(*Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from jury term.

Action by Joseph A. Leinkauf and another against Josiah Lombard and others to recover for goods lost while in defendants' care under a contract for shipment.

Argued before FREEDMAN and GILDERSLEEVE, JJ.

*John A. Deddy,* for appellants. *Horace E. Denning,* for respondents.

FREEDMAN, J. The controversy in this case arose out of the contract made by the plaintiffs with an agent of the New York & Mobile Steam-Ship Line for